THE J. L. LUCKENBACH. (Circuit Court of Appeals, Fourth Circuit. July 9, 1907.) No. 674. Appeal from the District Court of the United States for the Eastern District of Virginia. For opinion below, see 144 Fed. 980. Floyd Hughes and J. L. Jeffries, for appellant. Gordon Paxton, for appellee. Before PRITCHARD, Circuit Judge, and BRAWLEY and McDOWELL, District Judges.

PER CURIAM. We have carefully examined and considered the testimony in the case above stated, and are of opinion that it does not sustain the conclusion of the court below that the steamship 'Luckenbach' was at fault. It is therefore ordered and adjudged that the decree below be reversed, and the case remanded to the District Court for the Eastern District of Virginia, with directions to dismiss the libel.

---

KING v. SUPREME TENT KNIGHTS OF MACCABEES OF THE WORLD. (Circuit Court of Appeals, Sixth Circuit. August 3, 1907.) No. 1,659. In Error to the Circuit Court of the United States for the Western District of Tennessee. Lehman, Gates & Lehman, for plaintiff in error. F. Zimmerman, for defendant in error.

PER CURIAM. Order dismissing cause on motion of plaintiff in error. See 142 Fed. 678, 73 C. C. A. 668.

---

KUTTROFF, PICKHARDT & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. March 5, 1907.) No. 190 (3,651). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 147 Fed. 758, reversing a decision of the Board of United States General Appraisers. G. A. 5,768 (T. D. 25,523). Curie, Smith & Maxwell (W. Wickham Smith, of counsel), for importers. J. Osgood Nichols, Asst. U. S. Atty. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Decision affirmed. The majority of the court concurring in the opinion below, and Judge LACOMBE concurring in the result because the tariff act was passed after and with full knowledge of long-continued departmental construction classifying this substance as a color or dye.

---

REPUBLIC IRON & STEEL CO. v. TAGGART. (Circuit Court of Appeals, Sixth Circuit. August 3, 1907.) No. 1,611. In Error to the Circuit Court of the United States for the Northern District of Ohio. Halbrook & Monsarrat, for plaintiff in error. King & Tracy, Marshall & Fraser, and George D. Welles, for defendant in error.

PER CURIAM. Judgment of the District Court affirmed. See 141 Fed. 910, 73 C. C. A. 144.